Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

October 6, 2017

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rice v. Associated Newspapers Ltd.,* 1:17-cv-05270 (AT)

Dear Judge Torres:

We represent Plaintiff J.C. Rice in the above-captioned case and write to inform the Court that the parties have reached a settlement in principle. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted their final Stipulation of Settlement and Dismissal by such time.

The parties also request that the Court adjourn all dates, including the settlement conference scheduled for October 16, 2017, until such time as the final Stipulation is entered or, if not, until Plaintiff notifies the Court that the action should be re-opened. Defendant consents to the requested relief.

Respectfully Submitted,

**/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff J.C. Rice*