UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.C. RICE<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED NEWSPAPERS (USA) LTD.<br><br>Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>**Case No.: 1:17-cv-05270-AT** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff J.C. Rice, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Associated Newspapers (U.S.A.) Ltd., each party to bear its own costs, expenses and attorney's fees.

Dated: October 23, 2017
Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

By: **/jameshfreeman/**

James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
JF@LiebowitzLawFirm.com

*Attorneys for Plaintiff J.C. Rice*

SO ORDERED:

______________________________
Hon. Analisa Torres