USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.C. RICE

Plaintiff,

v.

ASSOCIATED NEWSPAPERS (USA) LTD.

Defendant.

**NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**

**Case No.: 1:17-cv-05270-AT**

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff J.C. Rice, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Associated Newspapers (U.S.A.) Ltd., each party to bear its own costs, expenses and attorney's fees.

Dated: October 23, 2017
Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

By: /jameshfreeman/
James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
JF@LiebowitzLawFirm.com

*Attorneys for Plaintiff J.C. Rice*

SO ORDERED.

Dated: October 24, 2017
New York, New York

ANALISA TORRES
United States District Judge